IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PRENTICE DELANEY JONES
REG. #18938-076                                                                                         PETITIONER

VS.                                          2:05CV00309 JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                                              RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that:

1.   Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is GRANTED; and

2.   Respondent is directed to: (a) consider, in good faith, transferring Petitioner to a CCC for the last six months of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy and the February 2005 Rule; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

Dated this 2nd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE